# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re:  
ROSADO-CONDE, MARCOS

Case No. 04-09496 GAC

Chapter 13

ENTERED AND FILED
2005 APR -7 PM 2: 36

_____Debtor_____  
Attorney for Debtor: LUBE & SOTO LAW OFFICES

## STATEMENT PURSUANT TO RULE 2016(b)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor in this case.
2. The compensation paid or agreed to be paid by the debtor to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case up to the confirmation of the plan the debtor has agreed to pay: $150.00 per hour
   b) Prior to the filing of this statement, debtor has paid a retainer for fees of $0.00
   c) The unpaid balance due and payable undetermined at this date
   d) The debtor has been advised that any balance of the above stated fees will be paid to the undersigned through the trustee, ahead of any other creditors provided for by the plan and concurrently with the trustee's fees after confirmation of the plan. *Fees shall be billed at an hourly rate of $150.00 per hour in increments of 1/10th of an hour; $45.00 for paralegal services, plus expenses, upon proper application to the Court, against the deposit made by debtor.*

3. $ __194.00__ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered for the above stated fees include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court. Drafting of a plan that meets the requirements of 11 USC §1322 and 1325.
   c) Representation of the debtor at the meeting of creditors, and confirmation hearing and any continuances thereof.

5. The source of payments made to the undersigned was from N/A.

6. The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from the Plan.

7. The undersigned has received no transfer, assignment or pledge of property from debtor except the following for the value stated: None

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows: None

Dated: April 6, 2005  Respectfully submitted,

Attorney for Petitioner: Teresa M. Lube Capó, Esq. USDC 122205  
Lube & Soto Law Offices  
G-1 Cond. Unimar  
702 Unión St.  
Miramar PR 00907  
Tel. (787) 722-0909 Fax (787) 977-1709

Acknowledgment by debtor: _____