**IN RE** ROSADO-CONDE, MARCOS    Case No. 04-09496 GAC
Debtor(s)

# AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP<br>Son<br>Son<br>Daughter<br>Daughter | AGE<br>11<br>9<br>22<br>18 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | SELF EMPLOYED- ATTORNEY | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 0.00 | $ 0.00 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 13,745.00 | $ |
| Income from real property | $ 875.00 | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance (Specify) _____ | $ | $ |
| | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) WIFE'S REGULAR CONTRIBUTION TO HOUSEHOLD EXPENSES | $ 2,000.00 | $ |
| | $ | $ |
| | $ | $ |
| **TOTAL MONTHLY INCOME** | $ 16,620.00 | $ 0.00 |

**TOTAL COMBINED MONTHLY INCOME $** 16,620.00 (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ROSADO-CONDE, MARCOS                                      Case No. 04-09496 GAC
                       Debtor(s)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 2,637.84 |
| Are real estate taxes included?   Yes ___   No ✓ | |
| Is property insurance included?   Yes ___   No ✓ | |
| Utilities:  Electricity and heating fuel | $ 450.00 |
| Water and sewer | $ 90.00 |
| Telephone | $ 120.00 |
| Other CABLE TV AND POWER LINK | $ 150.00 |
| DEVELOPMENT MAINT FEE | $ 115.00 |
|  | $ |
| Home maintenance (repairs and upkeep) | $ 150.00 |
| Food | $ 525.00 |
| Clothing | $ 150.00 |
| Laundry and dry cleaning | $ 200.00 |
| Medical and dental expenses | $ 100.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 400.00 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|   Homeowner's or renter's | $ |
|   Life | $ |
|   Health | $ |
|   Auto | $ 100.00 |
|   Other | $ |
|  | $ |
|  | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) Self Employment Taxes | $ 311.00 |
| Taxes Not Withheld (P.R. Tax Returns) | $ 400.00 |
|  | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|   Auto | $ |
|   Other  Bppr Mortgage Loss Mitigation | $ 1,026.00 |
|   SCHOOL TUITION AND COSTS | $ 1,665.00 |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 6,130.00 |
| Other   MISCELLANEOUS, EMERGENCY FUND | $ 50.00 |
|   MEALS OUTSIDE HOME | $ 250.00 |
|   ADJUSTMENT FOR IRREGULAR INCOME/PERIODIC PAYMENTS | $ 1,000.00 |
|  | $ |
|  | $ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 16,219.84 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ 16,620.00 |
| B.  Total projected monthly expenses | $ 16,219.84 |
| C.  Excess income (A minus B) | $ 400.16 |
| D.  Total amount to be paid into plan each Monthly | $ 400.00 |
|                                          (interval) | |

**AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                   Case No. 04-09496 GAC

ROSADO-CONDE, MARCOS                                    Chapter 13
                       Debtor(s)

## AMENDED BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:                      $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

2. Gross Monthly Income:                                                    $         13,745.00

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

3. Net Employee Payroll (Other Than Debtor)                        $ _____
4. Payroll Taxes                                                                    $ _____
5. Unemployment Taxes                                              $ _____
6. Worker's Compensation                                       $ _____
7. Other Taxes                                                                 $ _____
8. Inventory Purchases (Including raw materials)                    $ _____
9. Purchase of Feed/Fertilizer/Seed/Spray                           $ _____
10. Rent (Other than debtor's principal residence)                   $          1,500.00
11. Utilities                                                                         $             440.00
12. Office Expenses and Supplies                                   $             600.00
13. Repairs and Maintenance                                      $             300.00
14. Vehicle Expenses                                                  $             700.00
15. Travel and Entertainment                                       $             450.00
16. Equipment Rental and Leases                                   $               30.00
17. Legal/Accounting/Other Professional Fees                        $         2,000.00
18. Insurance                                                             $ _____
19. Employee Benefits (e.g., pension, medical, etc.)                    $ _____
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify):                                                                                                     $ _____

21. Other (Specify):                                                               $             110.00
      Professional Fees CAPR AND ASOC NOTAR        32.50
      BOND (NOTARIAL)                                7.50
      CONTINUED LEGAL EDUCATION            70.00

22. Total Monthly Expenses (Add items 3-21)                            $         6,130.00

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)             $         7,615.00

IN RE ROSADO-CONDE, MARCOS                                    Case No. 04-09496 GAC
                        Debtor(s)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____20_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: March 23, 2006          Signature: */s/ MARCOS ROSADO-CONDE*
                                         MARCOS ROSADO-CONDE                         Debtor

Date: _____          Signature: _____
                                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                                         (Required by 11 U.S.C. § 110(c).)
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer               Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____          Signature: _____

                                         _____
                                         (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only