# United States Bankruptcy Court
# District of Puerto Rico

IN RE:  Case No. **04-09496 GAC**

**ROSADO-CONDE, MARCOS**  Chapter **13**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **5/10/2007**
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **400.00** x **60** = $ **24,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **24,000.00**

Additional Payments:
$ **102,000.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:
☐ Sale of Property identified as follows:

☑ Other:
**PERIODIC PAYMENTS AS DESCRIBED IN OTHER PROVISIONS**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **126,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____

Signed: **/s/ MARCOS ROSADO-CONDE**
  Debtor

  _____
  Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **R&G MORTGAGE**  Cr. **R&G MORTGAGE CO** Cr. _____
# **75090827 POST-PET**  # **CLM 4**  # _____
$ **24,808.55**  $ **9,431.90**  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRSTBANK**  Cr. **ASOC RESIDENTES**  Cr. **INTERNAL REVENU**
# **CL 2**  # **CLM 7**  # **CL 12**
$ **3,969.54**  $ **6,728.00**  $ **41,101.61**
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
 **BANCO POPULAR D**  **R&G MORTGAGE**  **R&G MORTGAGE CO**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
  ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **LUBE & SOTO LAW OFFICES, P.S.C. 702 UNION ST APT G-1**  Phone: **(787) 722-0909**

AMENDED CHAPTER 13 PAYMENT PLAN

| IN RE ROSADO-CONDE, MARCOS | Case No. **04-09496 GAC** |
|---|---|
| Debtor(s) | |

# AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

-BPPR MORTGAGE PAID OUTSIDE PLAN THROUGH LOSS MITIGAGION.
- FIRSTBANK SECURED CLAIM NO 2 WILL BE PAID AHEAD OF OTHER SECURED CREDITORS DUE TO ACCELERATED DEPRECIATION OF COLLATERAL.
-PERIODIC PAYMENTS FROM IRREGULAR INCOME ARE DUE ON OR BEFORE THE FOLLOWING MONTHS AND FOR THE FOLLOWING AMOUNTS:
MONTH 24 OF PLAN:  $ 6,000.00
MONTH 31 OF PLAN:  $ 3,500.00
MONTH 36 OF PLAN:  $22,000.00
MONTH 48 OF PLAN:  $24,000.00
MONTH 60 OF PLAN:  $46,500.00
-ATTORNEY'S FEES: AN INTERIM APPLICATION HAS BEEN APPROVED BY THE COURT IN THE AMOUNT OF $2,962.19.  ANY ADDITIONAL FEES WILL BE REQUESTED BY APPLICATION AND PAID THROUGH THE TRUSTEE UPON APPROVAL OF APPLICATION(S) TO BE FILED WITH THE COURT.
-PRIORITY PAYMENTS TO ASUME PRE & POST PET ARREARS UP TO MAY 2007 IN THE AMOUNT OF $5,100.00 (CL14) AND $2,300.00 RESPECTIVELY TO BE PAID BY TRUSTEE.  DEBTOR TO RESUME TIMELY PAYMENTS TO ASUME ON BEHALF OF MARIA D. DIAZ ON JUNE 2007.
-MUNIC. S.J. (CL 5) $3,167.66
-TREASURY (CL 11) $6,598.83
-IRS (CL 12) $3,609.66

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only