IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ROSADO CONDE, MARCOS<br><br>Debtor | CASE NUMBER: 04-09496 GAC<br><br>CHAPTER 13 |

MOTION TO CONSIGN MONIES

TO THE HONORABLE COURT:

Debtor, through the undersigned attorney , respectfully avers and prays:

1. R&G Mortgage Corporation has refused to receive payments tendered by debtor during the months of May, June and July, 2007. The arrears for these months, including late charges, are in the amount of $5,101.74.

2. Debtor therefore, wishes to consign with the Clerk of the Court monies in the amount of $5,101.74 on behalf of R&G Mortgage Corporation.

WHEREFORE it is respectfully requested that this Honorable Court take notice of the above.

In San Juan, Puerto Rico, this October 6, 2006.

**CERTIFICATE OF SERVICE**: I hereby certify that on July 24, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

                                             */s/ Teresa M. Lube Capo*
                                             TERESA M. LUBE CAPO, ESQ.
                                             USDC 122205
                                             LUBE & SOTO LAW OFFICES
                                             702 UNION STREET, APT. G-1
                                             CONDOMINIO UNIMAR
                                             SAN JUAN, PUERTO RICO 00907-4202
                                             TEL.: 722-0909 FAX: 977-1709
                                             E-MAIL: lubeysoto@yahoo.com



**MANAGER'S CHECK**   204842

R-G PREMIER BANK
OF PUERTO RICO
INTERAMERICANA BRANCH
Calle Sein Carr. Estatal 177
San Juan, PR 00928

NOTICE TO CUSTOMERS
A DECLARATION OF LOSS FORM MUST BE COMPLETED BEFORE ANY OFFICIAL CHECK OF THIS BANK WILL BE REPLACED OR REFUNDED. NO ACTION CAN BE TAKEN UNTIL THE 90TH DAY FOLLOWING THE ISSUE DATE OF THE CHECK.

101-7286/2215
DATE July 24, 2007

PURCHASER  PEDRO ROSADO CONDE

PAY  FIVE THOUSAND ONE HUNDRED ONE AND 74/100           $5,101.74

TO THE ORDER OF  U.S. BANKRUMPSY COURT CLEARK

**CUSTOMER COPY**



🔒 ORIGINAL HAS A COLORED BACKGROUND. A SIMULATED WATERMARK ON THE BACK AND MICROPRINTING ON BORDER 🔒

**MANAGER'S CHECK**   204842

R-G PREMIER BANK
OF PUERTO RICO
INTERAMERICANA BRANCH
Calle Sein Carr. Estatal 177
San Juan, PR 00928

NOTICE TO CUSTOMERS
A DECLARATION OF LOSS FORM MUST BE COMPLETED BEFORE ANY OFFICIAL CHECK OF THIS BANK WILL BE REPLACED OR REFUNDED. NO ACTION CAN BE TAKEN UNTIL THE 90TH DAY FOLLOWING THE ISSUE DATE OF THE CHECK.

101-7286/2215
DATE July 24, 2007

PAY  FIVE THOUSAND ONE HUNDRED ONE AND 74/100           $5,101.74

TO THE ORDER OF  U.S. BANKRUMPSY COURT CLEARK

Two Signatures Required If Over $1,000

SDSA155034   ⑈204842⑈ ⑇221572867⑇ ⑈0809000300⑈